IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

MARK S.,

    Plaintiff,

v.

NANCY A. BERRYHILL,
Commissioner of Social Security,

    Defendant.

Civil Action No. 7:17cv00312

By: Michael F. Urbanski
Chief United States District Judge

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion entered this date, plaintiff's motion for summary judgment (ECF No. 14) is **DENIED**, the Commissioner's motion for summary judgment (ECF No. 16) is **GRANTED**, the magistrate judge's report and recommendation (ECF No. 21) is **ADOPTED in its entirety**; plaintiff's objections (ECF No. 22) are **OVERRULED**; the Commissioner's decision is **AFFIRMED**; and this matter is hereby **DISMISSED** and **STRICKEN** from the active docket of the court.

It is **SO ORDERED**.

Entered: 09/17/2018

/s/ Michael F. Urbanski
Michael F. Urbanski
Chief United States District Judge